An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO A.B.-M. AND L.J.B.-M., MINORS,

CLAUDIA M.-M.; AND JAVIER B.-C., Appellants,

vs.

THE STATE OF NEVADA, Respondent.

No. 62216

**FILED**

AUG 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 6, 2013, this court entered an order allowing appellants' counsel to withdraw and directing appellants to retain new counsel, or to inform this court in writing that they would be proceeding in proper person. In that order, we cautioned appellants that failure to comply with the order would result in the dismissal of this appeal. Despite this warning, appellants have not responded to the May 6 order. Accordingly, we conclude that appellants have abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-24264

cc: Hon. Steven E. Jones, District Judge, Family Court Division
Claudia M.-M.
Javier B.-C.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A